**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1072**

In re:  DAVID WILLIS,

Petitioner.

On Petition for a Writ of Mandamus.
(3:07-cr-00277-RJC-DCK-1; 3:11-cv-00332-RJC)

Submitted:  March 15, 2012          Decided:  March 20, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

David Willis, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Willis petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on January 23, 2012. Accordingly, because the district court has recently decided Willis' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED